# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **MARINA YAPOUJIAN** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-11810-DJC |
| | ) | |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC.** | ) | |
| Defendant, | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 16, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1A
North Andover, MA 01845
Phone: (978) 420-4747
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**PROOF OF SERVICE**

  I hereby certify that on September 16, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                  /s/ Kevin V. K. Crick, Esq.